IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SONNIEL R. GIDARISINGH,

    Plaintiff,

v.

BRANDON FLUGAUR, et al.

    Defendants.

ORDER

Case No. 23-cv-701-wmc

---

    Defendants removed this action from state court in accordance with 28 U.S.C. § 1441 and 1446 and have paid the filing fee in full.  Plaintiff Sonniel R. Gidarisingh is a prisoner in the custody of the Wisconsin Department of Corrections and is subject to the Prison Litigation Reform Act, which requires the court to screen the complaint to determine whether any portion is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief from a defendant who is immune from such relief.

    Accordingly, IT IS ORDERED that plaintiff Sonniel R. Gidarisingh's complaint is taken under advisement pursuant to 28 U.S.C. § 1915A.  Plaintiff will be notified promptly when such a decision has been made.  In the meantime, if plaintiff needs to communicate with the court about this case, plaintiff should be sure to write the case number shown above on any communication.

    Entered this 25th day of October, 2023.

                                BY THE COURT:

                                /s/
                                ANDREW R. WISEMAN
                                United States Magistrate Judge